IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE TOLIVER,                                          No. C 07-5340 WHA (PR)

          Petitioner,                              **JUDGMENT**

  vs.

THE UNITED STATES,

          Respondent.
                                        /

      Pursuant to the court's order entered today, a judgment of dismissal without prejudice is hereby entered.  Plaintiff shall receive no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: December ___4___, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\toliver5340.JUD.wpd